UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| WW LIQUIDATION, INC. (AHWS) | CASE NO. 09-50870 Through 09-50875 |
| WWPDS LIQUIDATION, INC. 50875 | LEAD CASE NO. 09- |
| WWSDP, LLC | (Substantively Consolidated) |
| PDS LIQUIDATION, INC. WW GEORGETOWN LIQUIDATION, INC. WW HOLDING LIQUIDATION, INC., | |
| Debtors. | |
| RICHARD P. FINKEL, LIQUIDATING CUSTODIAN FOR WW LIQUIDATION, INC. WWPDS LIQUIDATION, INC., WWSDP, LLC, PDS LIQUIDATION, INC., WW GEORGETOWN LIQUIDATION, INC. AND WW HOLDING LIQUIDATION, INC., | ADVERSARY PROCEEDING NO. 11-05104 |
| | **VOLUNTARY DISMISSAL** |
| Plaintiff, | |
| v. | |
| MIDWOOD MANAGEMENT CORP. | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), as incorporated herein through Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Richard P. Finkel, the Liquidating Custodian of the above-referenced debtors, WW Liquidation, Inc., WWPDS

2576867v1

Liquidation, Inc., WWSDP, LLC, PDS Liquidation, Inc., WW Georgetown Liquidation, Inc., and WW Holding Liquidation, Inc., hereby provides notice that the above-captioned action against Defendant, Midwood Management Corp, is hereby dismissed, with prejudice and without costs.

| | |
|---|---|
| Counsel for<br>RICHARD P. FINKEL,<br>LIQUIDATING CUSTODIAN FOR<br>WW LIQUIDATION, INC.,<br>WWPDS LIQUIDATION, INC.,<br>WWSDP, LLC,<br>PDS LIQUIDATION, INC.,<br>WW GEORGETOWN LIQUIDATION, INC.,<br>WW HOLDING LIQUIDATION, INC.<br><br>By: /s/Elana C. Bloom<br>     Craig Lifland (ct 00976)<br>     Elana C. Bloom, Esq. (ct 16980)<br>     Zeisler & Zeisler, P.C.<br>     558 Clinton Avenue<br>     Bridgeport, CT  06605-0186<br>     (203) 368-4234<br>     (203) 549-0828 (fax)<br>     ebloom@zeislaw.com | MIDWOOD MANAGEMENT CORP.<br><br><br>By: /s/ Jeffrey S. Davis<br>     Jeffrey S. Davis<br>     Rosen & Associates, P.C.<br>     747 Third Avenue<br>     New York, NY 10017-2803<br>     (212) 223-1100 |